IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-00557-JLK**

**JOHANNA ETTER and ARTHUR ETTER,**

    Plaintiffs,

v.

**CHARLES KING BIBBY, JR., M.D.,**
**TIMOTHY CARTER MEILNER, M.D.**, and
**DELTA COUNTY MEMORIAL HOSPITAL DISTRICT**

    Defendants.

---

ORDER

---

**Kane. J.,**

    This matter is currently before me on Defendant Delta County Memorial Hospital District's Joinder in Dr. Meilner's Motion for Extension of Time to Designate Nonparties at Fault, Doc. 30.  For the same reasons stated in my Order granting Dr. Meilner's requested extension of time, Defendant Delta County Memorial Hospital District's motion is GRANTED.  As I noted in that Order, however, I decline to adopt the requested extension of sixty days after the depositions of Plaintiffs.  In submitting their scheduling and discovery order in this matter, the parties should attempt in good faith[1] to set a reasonable deadline for the designation of non-

---

[1] Though Plaintiffs are well-within their rights in opposing this motion, they should be aware that I expect them to actively participate in discussions aimed at setting a mutually acceptable deadline for these disclosures.  While I acknowledge that this is an adversarial

1

parties at fault which will allow Delta County Memorial Hospital District and the other Defendants to comply with their statutory duties while providing Plaintiffs with ample notice of the non-parties' conduct so Plaintiffs can prepare to address it.

Dated:  June 22, 2010                                              **/s/John L. Kane**
                                                                                   SENIOR U.S. DISTRICT JUDGE

---

process, it is important for all parties and the court to work together to achieve justice.  Neither the parties nor our society benefit from tactics designed to frustrate the process or antagonize the other parties.