IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-00557-JLK**

**JOHANNA ETTER and ARTHUR ETTER,**
    Plaintiffs,

v.

**CHARLES KING BIBBY, JR., M.D.,**
**TIMOTHY CARTER MEILNER, M.D.**, and
**DELTA COUNTY MEMORIAL HOSPITAL DISTRICT**
    Defendants.

ORDER MODIFYING STIPULATED SCHEDULING AND DISCOVERY ORDER

**Kane. J.,**

This matter is currently before me on Plaintiffs' Unopposed Motion to Modify the Stipulated Scheduling and Discovery Order (doc. 39). Plaintiffs seek an extension of the deadlines for endorsing expert witnesses.

As I find that Plaintiffs have shown good cause, and I find no prejudice in granting this extension, their Unopposed Motion to Modify the Stipulated Scheduling and Discovery Order is GRANTED. Plaintiffs shall endorse their experts on or before January 15, 2011, and Defendants shall endorse their experts on or before March 1, 2011.

Dated: November 4, 2010                     BY THE COURT:

                                            **/s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE