**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **10-cv-00557-JLK**

**JOHANNA ETTER and ARTHUR ETTER,**

    Plaintiffs,

v.

**CHARLES KING BIBBY, JR., M.D.,
TIMOTHY CARTER MEILNER, M.D.**, and
**DELTA COUNTY MEMORIAL HOSPITAL DISTRICT**

    Defendants.

---

ORDER

---

This matter is currently before me on the parties' Joint Motion to Modify Scheduling Order to Allow Parties to Complete Expert Depositions (doc. 60). I have reviewed the parties motion, and I find good cause to amend the Scheduling Order. Accordingly, the parties' motion is GRANTED, and they shall have up to and including October 15, 2011 to complete their expert depositions.

Dated: July 22, 2011                                      BY THE COURT:

                                                                                **/s/John L. Kane**
                                                                                 Senior U.S. District Judge