IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-557-JLK**

**JOHANNA ETTER and
ARTHUR ETTER**

      Plaintiffs,

**vs.**

**CHARLES KING BIBBY, JR., M.D.,
TIMOTHY CARTER MEILNER, M.D., and
DELTA COUNTY MEMORIAL HOSPITAL DISTRICT,**

      Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion to Withdraw David M. Jones, Esq. as Counsel for Defendant Charles King Bibby, Jr., M.D. (doc. #110), filed May 15, 2012 is **GRANTED**.  David M. Jones is withdrawn as counsel of record for defendant Bibby.  Electronic Noticing for Mr. Jones shall be discontinued.

Dated:  May 16, 2012