IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-00557-JLK**

**JOHANNA ETTER and ARTHUR ETTER,**

    Plaintiffs,

v.

**CHARLES KING BIBBY, JR., M.D.,**
**TIMOTHY CARTER MEILNER, M.D.**, and
**DELTA COUNTY MEMORIAL HOSPITAL DISTRICT**

    Defendants.

---

ORDER

---

**Kane, J.**

This matter is currently before me on Plaintiffs' Unopposed Motion for Dismissal of Delta County Memorial Hospital District With Prejudice (doc. 112).  Having reviewed the motion and finding good cause appearing, the motion is GRANTED.  Plaintiffs' claims against Defendant Delta County Memorial Hospital District are DISMISSED WITH PREJUDICE, each party to bear its own costs.


    Dated: June 6, 2012                  BY THE COURT:

                                                     **/s/ John L. Kane**
                                                     Senior U.S. District Court Judge