IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00557-JLK-CBS

JOHANNA ETTER, and
ARTHUR ETTER,

    Plaintiffs,

v.

CHARLES KING BIBBY, JR., M.D.,
TIMOTHY CARTER MEILNER, M.D., and
DELTA COUNTY MEMORIAL HOSPITAL DISTRICT,

    Defendants.

---

ORDER SETTING FINAL TRIAL PREPARATION CONFERENCE
RE: JURY INSTRUCTIONS

---

Kane, J.

A 2-week Jury Trial is set to begin in this matter on July 8, 2013 at 9:00 a.m. In advance of the trial's commencement, a Final Trial Preparation Conference is set for **June 21, 2013 at 10:00 a.m.** The parties shall jointly submit updated Jury Instructions with each side's objections and arguments incorporated in a single document no later than June 14, 2013. Instead of setting forth the entirety of Plaintiff's and then Defendants' Proposed Instructions, the submitted document shall be structured as follows for each individual instruction:

- Stipulated instruction; followed by, if any
    - Plaintiff's Proposed Instruction with argument and authority
    - Defendants' Objection with argument and authority

- o   Defendants' Proposed Instruction with argument and authority

- o   Plaintiff's Objection with argument and authority

DATED:       June 3, 2013                              BY THE COURT:

*/s/John L. Kane*
U.S. Senior District Judge