IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00557-JLK-CBS

JOHANNA ETTER, and
ARTHUR ETTER,

      Plaintiffs,

v.

CHARLES KING BIBBY, JR., M.D.,
TIMOTHY CARTER MEILNER, M.D., and
DELTA COUNTY MEMORIAL HOSPITAL DISTRICT,

      Defendants.

## ORDER RE JURY INSTRUCTIONS

Kane, J.

      Please find attached the Jury Instructions I intend to give in this case. You will find the attached Jury Instructions formatted using Microsoft Word's "Track Changes" feature such that you can see what I have added or subtracted and why. The final version of the Jury Instructions will not include these editorlizations. Parties shall jointly file amended Jury Instructions incorporating the indicated changes and properly numbering the Instructions. With regard to the latter, this means that where I have removed proposed instructions, the numbering needs to shift accordingly and I entrust this task to counsel. Please ensure there are no numerical gaps. Finally, please remove citations to authority.

      Upon review of the amended Jury Instructions, I may change the numbering/ordering of certain instructions. In anticipation of the Final Trial Preparation Conference, parties would do well to refresh themselves with my Civil Pretrial and Trial Procedures Memorandum, which is available at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonJohnLKane.aspx.  Sections V and VI are of particular relevance.

DATED:     June 20, 2013            BY THE COURT:

                                                */s/John L. Kane*
                                                John L. Kane, U.S. Senior District Judge