IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **10-cv-557-JLK-CBS**

**JOHANNA ETTER and
ARTHUR ETTER,**

       Plaintiffs,

**vs.**

**CHARLES KING BIBBY, JR., M.D.,
TIMOTHY CARTER MEILNER, M.D., and
DELTA COUNTY MEMORIAL HOSPITAL DISTRICT,**

       Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

**Kane, J.**

       In light of the Stipulation for Dismissal with Prejudice (doc. #132), filed July 19, 2013, it is

       **ORDERED** that all claims in this case are **DISMISSED WITH PREJUDICE,** each party to pay his or her own costs and fees.

       Dated at Denver, Colorado this 19th day of July, 2013.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT